NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**

*Plaintiff-Appellant,*

**v.**

**CAPITAL ONE SERVICES, LLC, CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE FINANCIAL CORPORATION,**

*Defendants-Appellees.*

---

2010-1553

---

Appeal from the United States District Court for the Eastern District of Virginia in Case No 10-CV-0212, Magistrate Judge John F. Anderson.

---

**JUDGMENT**

---

RODERICK G. DORMAN, Hennigan, Bennett & Dorman, LLP, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief were LAWRENCE M. HADLEY, ALAN P. BLOCK, THOMAS B. WATSON and MIEKE K. MALMBERG.

CHARLES S. BARQUIST, Morrison & Foerster, LLP, of Los Angeles, California, argued for defendants-appellees. With him on the brief were RYAN J. MALLOY; and DEANNE E. MAYNARD and JOHN P. CORRADO, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 28, 2011          /s/ Jan Horbaly
Date                    Jan Horbaly
                         Clerk